NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————

**MARIA PRIOR PEREIRA,**

*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**

*Defendant-Appellee.*

———————

2014-5103

———————

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00708-LJB, Judge Lynn J. Bush.

———————

**JUDGMENT**

———————

MARIA PRIOR PEREIRA, of Washington, DC, pro se.

A. BONDURANT ELEY, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC for defendant-appellee. With her on the brief were STUART F. DELERY, Assistant Attorney General, ROBERT E. KIRSCHMAN, JR., Director, and MARTIN F. HOCKEY, JR., Assistant Director.

———————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  October 16, 2014         /s/  Daniel  E.  O'Toole
        Date               Daniel E. O'Toole
                        Clerk of Court